UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| v. | : | Crim. No. 12-540 (KM) |
| FELIX ROQUE and<br>JOSEPH ROQUE,<br>a/k/a "Maria Pasquale"<br>a/k/a "Jeffery Reynoso" | :<br><br>: | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Barbara R. Llanes, Assistant U.S. Attorney, appearing), and defendants Felix Roque (Bryan Blaney, Esq., counsel for defendant, appearing) and Joseph Roque (John Azzarello, Esq., counsel for defendant, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days; and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and defendants having consented to such a continuance, and it appearing that the defendants waive such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The charges in this case are the result of an extensive investigation, and the discovery involves documents and recordings that defense counsel require adequate time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 27th day of August, 2012,

ORDERED that pre-trial motions shall be filed by October 5, 2012; oppositions shall be filed by October 19, 2012; replies shall be filed by October 26, 2012; a hearing on the motions is scheduled for November 1, 2012; and the trial is scheduled for November 8, 2012.

IT IS FURTHER ORDERED that this action be, and hereby is, continued for a period of 30 days from the date of this order, and that this 30-day period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. KEVIN MCNULTY
United States District Judge

Form and entry
consented to:

_____
BARBARA R. LLANES
Assistant U.S. Attorney


_____
BRYAN BLANEY, ESQ.
Counsel for defendant Felix Roque

_____
JOHN AZZARELLO, ESQ.
Counsel for defendant Joseph Pique

IT IS FURTHER ORDERED that this action be, and hereby is, continued for a period of 30 days from the date of this order, and that this 30-day period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. KEVIN MCNULTY
United States District Judge

Form and entry
consented to:


_____
BARBARA R. LLANES
Assistant U.S. Attorney

_____
BRYAN BLANEY, ESQ.
Counsel for defendant Felix Roque


_____
JOHN AZZARELLO, ESQ.
Counsel for defendant Joseph Roque